No. 401. BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, *v.* SINGER; and

No. 402. SUPERINTENDENT OF BANKS OF THE STATE OF NEW YORK *v.* SINGER. Court of Appeals of New York. Certiorari granted. THE CHIEF JUSTICE took no part in the consideration or decision of these applications. *Acting Solicitor General Stern* for petitioner in No. 401. *Edward Feldman* and *Daniel Gersen* for petitioner in No. 402. *Albert R. Connelly* for respondent.

No. 404. JACOBSON, ADMINISTRATRIX, *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit granted limited to question No. 1 presented by the petition for the writ which reads as follows:

"Was there diversity of citizenship even though the defendant (a multiple corporation) was also incorporated in Massachusetts, which would confer jurisdiction upon the United States District Court for the District of Massachusetts?"

*George P. Lordan, Herbert E. Tucker, Jr.* and *Michael Carchia* for petitioner. *Paul F. Perkins* for respondent.